# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-00256-HZ |
| v. | INFORMATION |
| ROLANDO MANUEL ROSALES ESTRELLA, | 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) |
| **Defendant.** | |

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii))**

On or about June 27, 2022, **ROLANDO MANUEL ROSALES ESTRELLA** knowingly possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

Dated: July 19, 2022

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Paul T. Maloney*
PAUL T. MALONEY, OSB #013366
Assistant United States Attorney