# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**UNITED STATES OF AMERICA**                                    Case No.: 3:22–cr–00256–HZ
    Plaintiff,

**v.**

**ROLANDO MANUEL ROSALES ESTRELLA**
    Defendant.

_____

### Criminal Case Assignment Order

**1.    Presiding Judge:** The above referenced case has been filed in the Portland Division of the U.S. District Court for the District of Oregon and assigned to:

|  |  |
|---|---|
| Presiding Judge . . . . . . . . . . . . . . . . . . . . . . | Hon. Marco A. Hernandez |
| Presiding Judge's Suffix Code* . . . . . . . . . . . . . . . . . . . . . . . . . . . . | HZ |

*These letters must follow the case number on all future filings.*

**2.    Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

        Jennifer Paget
        Telephone:  503–326–8051
        Email:  jennifer_paget@ord.uscourts.gov

**3.    Case Administrator/Docket Clerk:** Questions about filings or docket entries in this case should be directed to:

        Telephone:  503–326–8050

**4.    Place of Filing:** Any paper filings must be submitted to the Clerk of Court, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204. (*See* LR 3–1, LR 5–5.)

**5.    District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, responsibility to redact personal identifiers from filings, and other related information can be found on the Court's website at ord.uscourts.gov.

**DATED:  July 19, 2022**                              **MELISSA AUBIN**
                                      **Clerk of Court**

                         by: /s/ S. Behrends
                            S. Behrends, Deputy Clerk